

# THE THIRTEENTH COURT OF APPEALS

13-16-00042-CV

Happy Endings Dog Rescue, a Texas Non-Profit Corporation
v.
Jon Layne Gregory, DVM and Donna J. Gregory

On appeal from the
414th District Court of McLennan County, Texas
Trial Cause No. 2013-3278-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that the Gregories take nothing. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

September 2, 2016